Case No. 3:25-mj-365

DISTRICT OF OREGON, ss: AFFIDAVIT OF CONNOR CRAGO

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Connor Crago being duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA"). As such, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I also am responsible for investigating drug-related crimes within the United States. Under 21 U.S.C. § 878, I am empowered to make arrests and obtain and execute search warrants. My current assignment is to the DEA Portland District Office. Since starting with the DEA in December 2024, I have participated in numerous narcotics investigations. My formal law enforcement training and experience includes 18 weeks at the Drug Enforcement Administration Training Academy at Quantico, Virginia. At the academy, I was trained in all aspects of conducting narcotics investigations to include debriefing defendants, witnesses, and informants, conducting surveillance, executing search warrants, conducting controlled purchases and deliveries of drugs, using law enforcement, open source, and social media databases, and seizing narcotics and narcotics related assets. I have also acquired knowledge and information about illegal drug trade and the various means and methods by which it is furthered from formal and informal training, other law enforcement Investigators, informants, and from my participation in multiple drug investigations. I have consulted and conversed with numerous other agents from various local, state, and federal agencies on drug cases of all types, including the distribution of narcotics and the laundering of drug proceeds. Because of this and my own training and experience, I am familiar with drug distribution and the

methods employed by drug traffickers. My civilian education includes a Master of Arts in Strategy, Cybersecurity, and Intelligence from the Johns Hopkins School of Advanced International Studies. My education gave me pertinent knowledge of transnational criminal operations, international criminal law, and international drug trafficking. In addition, I have been a member of the Army National Guard since August 2019. I currently serve as a Military Intelligence Officer. This position has given me classroom and practical training in logical reasoning, writing, and predictive analysis.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for **Osiel Jesus VERDUGO CONTRERAS** (herein "**VERDUGO**") for committing the offenses of possession with intent to distribute 50 grams of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and possession with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B).

3. This affidavit is intended only to show that there is sufficient probable cause for the above offenses and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

///

///

## Applicable Law

4. Title 21, United States Code, Section 841(a)(1),(b)(1)(A), makes it illegal to possess with the intent to distribute 50 grams of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine. Title 21 United States Code, Section 841(a)(1),(b)(1)(B) makes it illegal to possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin.

## Statement of Probable Cause

### *Investigators Seize Methamphetamine and Heroin*

5. On December 9, 2025, U.S. Magistrate Judge Youlee Yim You, District of Oregon, authorized a federal search warrant for the residence located at 21741 SW Cedar Brook Way #234, Sherwood, Oregon ("Target Location"). The search warrant is hereby incorporated by reference. On December 10, 2025, agents executed the search warrant at the Target Location. The undersigned was present during the execution of the search warrant.

6. Upon entering the Target Location, agents encountered one adult male, who agents later identified as **Osiel Jesus VERDUGO CONTRERAS** by his Mexican passport. **VERDUGO** was in the bathroom located immediately upstairs from the front door. **VERDUGO** exited the bathroom when agents came to the top of the stairs. **VERDUGO** was detained without incident. He was the only person at the Target Location.

7. After agents secured the Target Location was, they began to search the residence. On the top floor of the residence there was a bedroom ("Bedroom 1"). Inside Bedroom 1, investigators found various forms of identification and paperwork with **VERDUGO**'s name on it. This included **VERDUGO**'s Mexican passport, which agents took a photograph of.

8. Additionally, also inside Bedroom 1, Investigators located suspected methamphetamine and heroin (pictured below). The methamphetamine was in two tote bags in the closet of Bedroom 1. The heroin was located inside a nook to the right of the door to Bedroom 1. A sample of each substance was field tested and returned presumptive positive for methamphetamine or heroin. Investigators noted that the heroin was packaged in small quantities, consistent with distribution, based on my training and experience. The suspected methamphetamine was packaged in approximately 1-pound quantities with plastic packaging, also consistent with drug distribution based on my training and experience.

9. The total weight of the suspected methamphetamine, including packaging, was approximately *17,054 grams*. The total weight of the suspected heroin, including packaging, was approximately *132.2 grams*. The seized substances are depicted in the photograph below. These amounts are, based on my training and experience, consistent with drug distribution as they are more than mere personal use amounts of methamphetamine and heroin.



10. Agents also recovered numerous wire remittal documents showing money being transferred to Mexico in Bedroom #1. It should be noted that the senders listed on these documents had several different names that were not **VERDUGO's**. Based on my training and experience, such documents can be evidence with drug distribution. Additionally, the use of numerous aliases can also be consistent with drug distribution, based on my training and experience, in an attempt to thwart detection by law enforcement.

11. Agents later read **VERDUGO** his *Miranda* rights, which waived and agreed to speak with agents. During an interview of **VERDUGO**, he stated that Bedroom 1 was his bedroom. **VERDUGO** also told agents that he receives roughly 50 pounds of methamphetamine a month which he then sells for approximately $1,150 to $1,200 per pound. **VERDUGO** told Investigators that he sends the money from selling methamphetamine to Mexico.

## Conclusion

12. I believe that **VERDUGO** possessed with intent to distribute over 50 grams of methamphetamine and 500 grams of a substance containing methamphetamine and 100 grams of heroin in Oregon. Therefore, I believe that **VERDUGO** has committed violations of the Target Offenses.

13. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Arin Heinz, and AUSA Heinz advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant for **VERDUGO**.

///

///

///

*/s/ Sworn to by telephone*
*In accordance with Fed. R. Crim. P. 4.1*

Connor Crago
DEA Special Agent

Sworn to by telephone at 5:39 pm a.m./p.m. this 10th day of December, 2025 in accordance with Fed. R. Crim. P. 4.1.

Youlee Yim You

HONORABLE YOULEE YIM YOU
United States Magistrate Judge